Terisia Chleborad
Assistant Attorney General
Office of Special Prosecutions
    and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia.chleborad@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID WILLIAMS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | ) Case No. 3:10-cv-00025-TMB-DMS |
| | ) |
| JOE SCHMIDT, | ) MOTION TO EXTEND TIME TO |
| | ) DECEMBER 29, 2010, FOR |
| | ) RESPONDENT TO FILE DISCOVERY |
|     Respondent. | ) BRIEFING AS ORDERED BY THE |
| | ) COURT (DOCUMENT 23) |

The respondent moves to extend for 30 days, until December 29, 2010, the time for filing briefing on the subject of discovery ordered by the court to be due November 29, 2010 (document 23). I, Terisia Chleborad, certify that I have been researching the issues outlined by the court in the hearing on November 8, 2010. While I have completed most, if not all, of the research I need for the briefing in the case before this court, I have been unable to prepare the briefing.

Contemporaneously with this case, I have been working on other cases, including researching and preparing the state's brief in *Woods v. State*, A-10627, which I filed November 24, 2010. Furthermore, I will be out of state from December 1 through December 12, 2010. Also, I have briefs due in other cases upon my return in December. Furthermore, I will need time for my supervisor to review my briefing in the case before this court, as is the practice of this office. It is important to this office that the briefing of the discovery matters in this case not only be an accurate statement of the law, but that it be consistent with the state's handling of habeas cases in general. Review by another lawyer from this office will help ensure those objectives are met.

The extension I have requested builds in time for the December holidays. However, I hope that I will be able to file the respondent's briefing well before the requested due date of December 29, 2010, and I will make every effort to do so.

                    DANIEL S. SULLIVAN
                    ATTORNEY GENERAL

                   s/ Terisia K. Chleborad
                      Assistant Attorney General
                      State of Alaska, Dept. of Law
                      Office of Special Prosecutions
                         and Appeals
                      310 K Street, Suite 308
                      Anchorage, Alaska 99501
                      Telephone: (907) 269-6250
                      Facsimile: (907) 269-6270
                      Email: terisia.chleborad@alaska.gov

Alaska Bar. No. 8912091
**Certificate of Service**

I certify that on November 26, 2010, a copy of the foregoing Motion To Extend Time To December 29, 2010, For Respondent To File Discovery Briefing As Ordered By The Court (Document 23) was served electronically on Averil Lerman and on Todd Sherwood, Office of the Municipal Attorney, P.O. Box 196650, Anchorage, AK 99519-6650 by regular U.S. mail.

<u>s/ Terisia K. Chleborad</u>