Averil Lerman
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID WILLIAMS,<br><br>              Petitioner,<br><br>      vs.<br><br>JOE SCHMIDT,<br><br>              Respondent. | Case No. 3:10-cv-0025-TMB-DMS<br><br>**RESPONSE IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY BRIEFING** |

David Williams, by and through counsel Averil Lerman, does not oppose Respondent Schmidt's motion for an extension of time, given the fact that counsel for Mr. Schmidt is out of town until December 12, and counsel for Mr. Williams will be on annual leave from December 10-18, and 24-31.  [December 24 and 31, 2010 are federal holidays.]  The undersigned expected to prepare and file a response to the Respondent's pleading before December 10, in order to file it within the December 27 deadline previously set by the court, but that will no longer be possible.  Under these circumstances, Mr. Williams does not oppose the motion.

DATED this 29th day of November, 2010.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Averil Lerman
Staff Attorney
Alaska Bar No. 8309092
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
averil_lerman@fd.org

Certification:

I certify that on November 29, 2010, a copy of the foregoing **Response in Support of Motion for Extension of Time to File Discovery Briefing** was served electronically on:

Terisia K. Chleborad, Esq.

/s/ Averil Lerman