Terisia Chleborad
Assistant Attorney General
Office of Special Prosecutions
    and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia.chleborad@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID WILLIAMS, ) | |
|     Petitioner, ) | |
| vs. ) | Case No. 3:10-cv-00025-TMB-DMS |
| JOE SCHMIDT, ) | MOTION TO EXTEND TIME TO JANUARY 12, 2011, FOR RESPONDENT TO FILE DISCOVERY BRIEFING AS ORDERED BY THE COURT (DOCUMENT 23) |
|     Respondent. ) | |

The respondent moves to extend for an additional two weeks, until January 12, 2011, the time for filing briefing on the subject of discovery ordered by the court (document 23). I, Terisia Chleborad, certify that I have been researching the issues outlined by the court in the hearing on November 8, 2010. I have completed much of the brief, but I have been unable to finish the brief as I had contemplated.

The delay has been due in part to the holidays. But also I took additional time to exhaustively research the issues presented. I now anticipate completing a draft pleading within a day or two. I will then need time for my supervisor to review the draft, which is the practice of this office for all substantive pleadings.

I will file the state's pleading regarding discovery without further delay and on or before January 12, 2011.

JOHN J. BURNS
ATTORNEY GENERAL

s/ Terisia K. Chleborad
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
  and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: terisia.chleborad@alaska.gov
Alaska Bar. No. 8912091

**Certificate of Service**

I certify that on December 29, 2010, a copy of the foregoing Motion To Extend Time To January 12, 2011, For Respondent To File Discovery Briefing As Ordered By The Court (Document 23) was served electronically on Averil Lerman and on Todd Sherwood, Office of the Municipal Attorney, P.O. Box 196650, Anchorage, AK 99519-6650 by regular U.S. mail.

s/ Terisia K. Chleborad