# THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*DAVID WILLIAMS v. JOE SCHMIDT*

Case No.  3:10-cv-00025  TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**    **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Petitioner's Amended Petition for Writ of Habeas Corpus (Docket No. 110), and noting that no objections were filed, the Court hereby adopts and accepts the Final Report and Recommendation (Docket No. 111) in its entirety.  Consequently, Petitioner's Amended Motion Writ of Habeas Corpus, (Docket 100), is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: March 25, 2015